408 A.2d 540

Commonwealth v. Singleton, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1979.

Submitted September 15, 1978. Neal S. Axe, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

408 A.2d 540

Commonwealth v. Sinwell, Appellant.

Petition for Allowance of Appeal Denied Sept. 4, 1979.

Submitted June 12, 1978. Gary Neil Asteak, for appellant; Michael E. Riskin, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence entered.

JACOBS, former P.J. and HOFFMAN, J. did not participate in the consideration or decision of this case.